THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Special Assistant United States Attorney
Asset Forfeiture Section
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-0304
   Facsimile:  (213) 894-7177
   E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $149,619.00 IN U.S. ) <br> CURRENCY, ) <br> ) <br> Defendant. ) <br>_____) <br> ) <br> MOLLIE ENGELHART, ) <br> ) <br> Claimant. ) <br>_____) | NO. CV 08-03849 RGK(SSx) <br><br> **CONSENT JUDGMENT OF** <br> **FORFEITURE** |

     This action was filed on June 12, 2008. Notice was given and published in accordance with law. No statements of interest or answers have been filed, and the time for filing such statements

and answers expired on August 11, 2007.[1] Plaintiff and potential claimant Mollie Engelhart ("claimant"), from whom the $149,619.00 in U.S. currency ("defendant currency") was seized and who filed an administrative claim thereto, have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $149,619.00 in U.S. currency ("defendant currency") other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $139,619.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $10,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant Mollie Engelhart, and be returned in

---

[1] Plaintiff granted potential claimant Mollie Engelhart an extension of time to file her claim until September 18, 2008.

2

care of her attorney, Janet Sherman. Said funds shall be forwarded by a check made payable in the amount of $10,000.00 to "Sherman & Sherman Attorney Client Trust Account" and shall be mailed to Janet Sherman, Esq., 2115 Main Street, Santa Monica, CA 90405 within forty five (45) days of the date this judgment is entered by the Court.

5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated: October 1, 2008

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

3

```
 1   **Approved as to form and content:**

 2   Dated:            , 2008      THOMAS P. O'BRIEN
                                   United States Attorney
 3                                 CHRISTINE C. EWELL
                                   Assistant United States Attorney
 4                                 Chief, Criminal Division
                                   STEVEN R. WELK
 5                                 Assistant United States Attorney
                                   Chief, Asset Forfeiture Section
 6
                                   _____
 7                                 P. GREG PARHAM
                                   Special Assistant United States Attorney
 8                                 Asset Forfeiture Section

 9                                 Attorneys for Plaintiff
                                   United States of America
10
11   Dated:            , 2008

12                                 _____
                                   JANET SHERMAN
13                                 Attorney for Claimant
                                   MOLLIE ENGELHART
14
15   Dated:            , 2008

16                                 _____
                                   MOLLIE ENGELHART
17                                 Claimant
```

4